**Opinion issued September 19, 2023**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-23-00667-CV**

———————————

**IN RE HOLLY CRAMPTON, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, Holly Crampton, has filed a petition for writ of mandamus, challenging the actions of a receiver.[1]

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.

---

[1] The underlying case is *Ken Owens and Associates, L.P. v. Holly Crampton*, cause number 1161571, pending in the County Court at Law No. 3 of Harris County, the Honorable LaShawn A. Williams presiding.